UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| CHEHALEM PHYSICAL THERAPY, INC. and SOUTH WHIDBEY PHYSICAL THERAPY AND SPORTS CLINIC,<br><br>Plaintiffs,<br><br>vs.<br><br>COVENTRY HEALTH CARE, INC.,<br><br>Defendant. | No. 03:09-cv-00320-HU<br><br>**FINAL JUDGMENT** |

HUBEL, Magistrate Judge:

    Pursuant to Federal Rule of Civil Procedure 58, Final Judgment is hereby entered in this action consistent with and according to the court's Final Order Approving Class Action Settlement, and Awarding Attorneys' Fees, Expenses, and Incentive Awards, entered this date.

    IT IS SO ORDERED.

Dated this 3rd day of September, 2014.

_____
Dennis James Hubel
Unites States Magistrate Judge